

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00459-CV

**FIBERLIGHT, LLC**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The clerk's record was originally due on July 7, 2014. On July 15, 2014, the trial court clerk filed a Notification of Late Record, stating that the clerk's record has not been filed because appellant has not paid or made arrangements to pay the clerk's fee for preparing the record.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than July 28, 2014</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court